# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BLACK, | Case No. 1:17-cv-01208-SKO |
| Plaintiff, | **ORDER EXTENDING TIME TO FILE OPENING BRIEF** |
| v. | (Doc.14) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

**ORDER**

Pursuant to the parties' "Stipulation to Extend Time" showing good cause for a requested extension of time for Plaintiff to file his Opening Brief (Doc. 14), the request is hereby GRANTED. Plaintiff shall file his Opening Brief on or before June 25, 2018. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **May 29, 2018**         /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE