MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TIMOTHY BLACK,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-01208-SKO<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Doc. 17) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from July 25, 2018 to **August 27, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel has been out of the office for bereavement and medical leave. As a result of Counsel's unexpected leave, Counsel became behind on her heavy caseload. Counsel currently has over 75 active social security matters that require two or more dispositive motions per week until September. As such, Counsel needs additional time to properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in

1

good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: July 20, 2018 /s/ *Markus R. Urstoeger
(*as authorized by email on July 20, 2018)
MARKUS R. URSTOEGER
Attorney for Plaintiff

Dated: July 2, 2018 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

### ORDER

Based on the parties' above stipulation, (Doc. 17), and for good cause shown, **IT IS HEREBY ORDERED** that Defendant shall have until August 27, 2018, to submit a response to Plaintiff's Opening Brief.  All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: __**July 23, 2018**__ /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE