MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TIMOTHY BLACK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01208-SKO<br><br>**ORDER GRANTING AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>**(Docs. 19 & 20)** |

　　　　The Court is in receipt of Defendant's "Amended Motion for Extension of Time to Respond to Plaintiff's Opening Brief" (the "Amended Motion").[1]  (Doc. 20.)  Pursuant to the Court's order granting the parties' "Joint Stipulation for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment" (Doc. 18), Defendant's responsive brief was due August 27, 2018, the same day on which Defendant filed the Amended Motion.

　　　　Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules").  Local Rule 144(d) explains that

---

[1] Defendant's amended motion supersedes its original motion for an extension of time (Doc. 19); accordingly, that motion is DENIED as MOOT.

"[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby admonished that any future requests for extensions of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4). However, given defense counsel's representations that she was out of the office on personal leave due to a death in the family yet nevertheless "diligently tried to finalize her response" (*see* Doc. 20 at 2), and in view of the absence any appearance of bad faith or prejudice to Plaintiff, the Court GRANTS the Amended Motion.

IT IS HEREBY ORDERED that Defendant has until September 28, 2018, to submit a response to Plaintiff's opening brief. All other dates in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 28, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE