MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| TIMOTHY BLACK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01208-SKO<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Doc. 22)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from September 28, 2018 to **October 12, 2018**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office from September 21, 2018 to September 28, 2018 on vacation leave. While on vacation, Counsel had a hearing rescheduled for today, the date of the current filing deadline. As such, Counsel respectfully requests an additional two weeks to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated

1

request, but did not anticipate a hearing scheduled on the same date as the current filing deadline. Counsel for Defendant acknowledges the Local Rule 144(d) regarding requests for extensions on the date of the current filing deadline are looked upon with disfavor. However, Counsel for Defendant made this request as soon as possible. She returned from her vacation on the date of the current filing deadline on September 28, 2018 with no access to voicemail or email during September 21, 2018 through September 27, 2018. Counsel for Defendant learned of the new hearing date on September 26, 2018 and made this request as soon as practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 28, 2018   */s/ \*Markus R. Urstoeger*
                                           (*as authorized by email on September 28, 2018)
                                           MARKUS R. URSTOEGER
                                           Attorney for Plaintiff

Dated: September 28, 2018   MCGREGOR W. SCOTT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                           By   */s/ Tina L. Naicker*
                                           TINA L. NAICKER
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant

**ORDER**

    The Court is in receipt of the parties' above "Joint Stipulation for Extension of Time to Respond to Plaintiff's Motion for Summary Judgement" (the "Stipulation"). (Doc. 22.) Pursuant to the Court's order granting Defendant's "Amended Motion for Extension of Time to Respond to Plaintiff's Opening Brief," (Doc. 21), Defendant's responsive brief was due September 28, 2018, the same day on which the parties filed the Stipulation.

The parties' Stipulation acknowledges that requests for extensions brought on the filing date are looked upon with disfavor under Rule 144 of the Local Rules of the United States District Court, Eastern District of California. However, the parties' Stipulation also articulates good cause for an extension, and in view of the absence of any appearance of bad faith or prejudice to Plaintiff, the Court GRANTS the parties' request for an extension.

IT IS HEREBY ORDERED that Defendant has until October 12, 2018, to submit a response to Plaintiff's opening brief. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **September 30, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE